JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BURCH, ) | Case No. CV 18-5899-FMO (JPR) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| DAVID HOLBROOK, Warden, ) | |
| Respondent. ) | |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 10, 2021            /s/
                                     FERNANDO M. OLGUIN
                                     U.S. DISTRICT JUDGE